Isaac Thomason, appellee, v. Central Illinois Public Service Company, appellant. Gen. No. 7,761.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927.

Vause & Kiger, for appellant; A. F. Goodyear, of counsel. J. H. Dyer and J. W. Kern, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Thomas Bratt, appellee, v. John Losher, commissioner of highways, appellant. Gen. No. 7,764.

Bill for injunction against vacating old road and for removing obstructions therefrom. Injunction granted. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1927. Affirmed in part and reversed in part. Opinion filed September 29, 1927.

John R. Tweddale, State's Attorney, and Barnes, Magoon & Horton, for appellant. Wallace J. Black and Clyde M. West, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

The Board of Education of School District No. 62, Whiteside County, complainant, v. Smith Trust & Savings Bank and United States Fidelity & Guaranty Company, defendants.

Appeal of United States Fidelity & Guaranty Company, appellant, v. Smith Trust & Savings Bank, appellee. Gen. No. 7,767.

Bill to require interpleader on fund held by complainant. Decree for contractor's creditor against his guarantor on work for complainant. Appeal from the Circuit Court of Whiteside county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed September 29, 1927.

E. L. Miller and M. C. Rogers, for appellant. McCalmont & Ramsay, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Ernest Brook, trustee, and M. A. Carmack, complainants, appellees, v. Pistakee Boat & Engine Company et al., defendants. Pistakee Boat & Engine Company, appellant. Gen. No. 7,794.

Bill to foreclose trust deed. Appeal by defendants from order to pay costs and expenses upon affirmance of decree for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed September 29, 1927.

Otto F. Ring and Eugene M. Runyard, for appellant. D. T. Smiley, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

Leaf River State Bank, appellant, v. Jesse W. Paul, appellee. Gen. No. 7,805.

Action on judgment note. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff,